# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:97CR185** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER TO RELEASE** |
| **vs.** | ) | **GARNISHMENT** |
| | ) | |
| **PATRICK HARLEY MCNAUGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Red McCombs Automotive, 8333 1-10 West San Antonio, TX 78230.

IT IS HEREBY ORDERED:

1.     The government's motion (Filing No. 97) is granted; and

2.     The garnishment against Red McCombs Automotive, is released.

DATED this 15th day of February, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge